IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURTIS BELL, | |
| Plaintiff, | **8:25CV310** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **ORDER OF DISMISSAL** |
| Defendant. | |

This matter comes before the Court on the plaintiff's Notice of Dismissal with Prejudice (Filing No. 12).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear their own costs.

Dated this 9th day of March, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge